UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X   CV 04 4321 (FB)(LB)
DOUG CHATMAN

                Plaintiff,

   -against-                              STIPULATION OF
                                        DISCONTINUANCE
FIRECOM, INC.,

                Defendant.
--------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the respective parties, that this action is hereby discontinued with prejudice and without costs to either party.

Dated: New York, New York
       December 1, 2005

MORRISON MAHONEY LLP
Attorneys for Defendant FIRECOM, INC.
17 State Street, Suite 1110
New York, New York 10004
Tel: (212) 825-1212

By: _____
    Aarti Soni (AS9257)

MUSSMAN & NORTHEY
Attorneys for Plaintiff DOUG CHATMAN
475 Park Avenue South, 16th Floor
New York, New York 10016
Tel: (212) 685-3131

By: _____
    Rebecca Northey (RN2965)

SO ORDERED

_____
USDJ  1/3/06

DEC 19 2005 12:41                                        2126953773      PAGE.02